UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No: <u>15-cv-13154-WGY</u>

**PHOTOGRAPHIC ILLUSTRATORS CORP.**
Plaintiff

v.

**STUART C. IRBY COMPANY**
Defendant

ORDER CONSOLIDATING CASES

YOUNG, D.J.

The following member cases were previously consolidated with 15-cv-13154-WGY for pretrial matters only and are hereby now consolidated with Lead Case no. 15-cv-13154-WGY for all proceedings including trial.

1:15-cv-13156-RWZ
1:15-cv-13157-ADB
1:15-cv-13159-IT
1:15-cv-13162-NMG
1:15-cv-13163-FDS
1:15-cv-13808-ADB
1:15-cv-13201-FDS
1:15-cv-13202-FDS

ALL FURTHER PLEADINGS ARE TO BE FILED IN THE LEAD CASE 15cv13154-WGY.

By the Court,

/s/ Jennifer Gaudet
Deputy Clerk

September 14, 2016