**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>BULBRITE INDUSTRIES, INC,<br><br>       Defendant. | Case No.1:15-cv-13209-WGY |
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>SHINE LIGHTING, LLC d/b/a SHINERETROFITS.COM,<br><br>       Defendant. | Case No. 1:15-cv-13202-WGY |
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>       Plaintiff,<br><br>    v.<br><br>LIGHTHOUSE SUPPLY COMPANY, INC.,<br><br>       Defendant. | Case No. 1:15-cv-13201-WGY |

**NOTICE OF SATISFACTION OF JUDGMENT**

Pursuant to Local Rule 58.2, Plaintiff Photographic Illustrators Corporation acknowledges and notifies this Honorable Court that the Judgment (Dkt. No. 166) entered against Defendants Bulbrite Industries, Inc., Lighthouse Supply Company, Inc. and Shine Lighting, LLC d/b/a Shineretrofits.com (collectively, the "Defendants") on July 14, 2017, and any and all amounts due or which might be due thereunder, has been **SATISFIED IN ITS ENTIRETY**.

Dated: September 11, 2017         Respectfully submitted,

                                  By:   /s/ Eric P. Carnevale
                                        Gary Cruciani (*pro hac vice*)
                                        **McKool Smith, P.C.**
                                        300 Crescent Court, Suite 1500
                                        Dallas, Texas 75201
                                        Tel: (214) 978-4000
                                        Fax: (214) 978-4044
                                        Email: gcruciani@mckoolsmith.com

                                        Charles E. Fowler, Jr. (*pro hac vice*)
                                        **McKool Smith, P.C.**
                                        300 West 6th St., Suite 1700
                                        Austin, Texas 78701
                                        Tel: (512) 692-8700
                                        Fax: (512) 692-8744
                                        Email: cfowler@mckoolsmith.com

                                        Craig R. Smith (BBO No. 636,723)
                                        Eric P. Carnevale (BBO No. 677,210)
                                        **Lando & Anastasi, LLP**
                                        Riverfront Office Park
                                        One Main Street – 11th Floor
                                        Cambridge, MA 02142
                                        Tel: (617) 395-7000
                                        Fax: (617) 395-7070
                                        Email: csmith@lalaw.com
                                               ecarnevale@lalaw.com

                                  *Attorneys for Plaintiff*
                                  *Photographic Illustrators Corporation*

## CERTIFICATE OF SERVICE

I certify that on September 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants. Any other counsel of record will receive the foregoing via e-mail in PDF format.

                                        /s/ Eric P. Carnevale
                                        Eric P. Carnevale